

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2016

No. 04-16-00009-CR

Darryn **BURGESS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0646
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

Appellant has filed a pro se supplemental appellant's brief in this court. The record reflects that appellant is represented by appointed counsel on appeal. In Texas, appellants do not have a right to hybrid or dual representation. *See Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. [Panel Op.] 1981) (criminal defendant has no right to represent himself pro se and be represented by an attorney at the same time); *see also Castillo v. State*, No. 04-04-00169-CR, 2005 WL 357155, at *2 (Tex. App.—San Antonio Feb. 16, 2005, no pet.) (mem. op., not designated for publication). Therefore, the pro se supplemental appellant's brief is STRICKEN.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court